| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C | U.S. Court of Federal Claims | 6/15/2005 |

| 4. Title (Article III Judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Nominee | ⦿ Nomination, Date 6/14/2005  ◯ Initial  ◯ Annual  ◯ FInal | 1/1/2004 to 5/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| DLA Piper Rudnick Gray Cary US 1200 Nineteenth Street, N.W. Washington, DC 20036 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

**NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Partner | DLA Piper Rudnick Gray Cary US LLP |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

**NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1995 | DLA Piper Rudnick Gray Cary US LLP self-funded, self-directed retirement plan. Law firm offers investment options. |

## NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**Filer's Non-Investment Income**

NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 2003 | Piper Rudnick LLP, Guaranteed Payment. | $325,000 |
| 2004 | Piper Rudnick LLP, Guaranteed Payment. | $275,000 |
| 2005 | DLA Piper Rudnick Gray Cary US LLP, Guaranteed Payment. | $104,167 |

**Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount required except for honoraria)

NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 2004 | Montgomery County, Maryland Public Schools, Salary |
| 2005 | Montgomery County, Maryland Public Schools, Salary |

## REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| Exempt. | |

GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| Exempt. | | |

LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |

**NANCIAL DISCLOSURE REPC T** | Name of Person Reporting | Date of Report
| Wheeler, Thomas C | 6/15/2005

GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

NONE - (No such reportable gifts.)

Exempt.

## INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ONE (No reportable income, assets, or transactions) | | | | | | | | | |
| SIT Tax Free Income Fund | B | Dividend | K | T | Exempt. | | | | |
| Bank of America Chacking Account | A | Interest | K | T | | | | | |
| Smith Barney Citigroup Asset Mgt. Account # - JRW Rev. Tr. | D | Dividend | N | T | | | | | |
| Smith Barney Citigroup Asset Mgt. Account #2-TCW IRA | B | Dividend | M | T | | | | | |
| Potomac Cliffs at Watson House Real Est. P-ship | | None | K | R | | | | | |
| Piper Rudnick Profit Sharing & 401(k) Plan | | None | N | T | | | | | |
| TCW Whole Life Insurance Policy | | None | N | T | | | | | |
| JRW Whole Life Insurance Policy | | None | K | T | | | | | |
| Broker Account #1-JRW Rev. Tr. | | | | | | | | | |
| Daimler Chrysler Common Stock | A | Dividend | J | T | | | | | |
| Altria Group Common Stock | A | Dividend | K | T | | | | | |
| American Express Common Stock | A | Dividend | K | T | | | | | |
| Bristol Myers Squibb Common Stock | A | Dividend | J | T | | | | | |
| Citigroup Common Stock | A | Dividend | K | T | | | | | |
| Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| BP PLC Common Stock | A | Dividend | K | T | | | | | |
| Freescale Semiconductor Common Stock | | None | J | T | | | | | |
| HRPT Properties Common Stock | B | Dividend | K | T | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| Healthcare Realty Trust Common Stock | A | Dividend | J | T | Exempt | | | | |
| Hewlett Packard Common Stock | A | Dividend | J | T | | | | | |
| Kayne Anderson MLP Investment | B | Distribution | K | T | | | | | |
| Motorola Common Stock | A | Dividend | K | T | | | | | |
| Prudential Financial Common Stock | A | Dividend | J | T | | | | | |
| St. Paul Travelers Companies Common Stock | A | Dividend | J | T | | | | | |
| Nuveen Municipal Market Opportunity Fund | B | Dividend | K | T | | | | | |
| Broker Account #2-JRW IRA | | | | | | | | | |
| Citigroup Common Stock | B | Dividend | K | T | | | | | |
| Smith Barney Fundamental Value Fund | | None | J | T | | | | | |
| Broker Account #3-TCW IRA | | | | | | | | | |
| Altria Group Common Stock | B | Dividend | K | T | | | | | |
| American Express Common Stock | A | Dividend | K | T | | | | | |
| BP PLC Common Stock | A | Dividend | K | T | | | | | |
| Boeing Common Stock | B | Dividend | L | T | | | | | |
| Bristol Myers Squibb Common Stock | A | Dividend | K | T | | | | | |
| Cendant Common Stock | A | Dividend | K | T | | | | | |
| Cisco Systems Common Stock | | None | J | T | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C | 6/15/2005 |

## INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Citigroup Common Stock | A | Dividend | K | T | Exempt | | | | |
| Comcast Common Stock | | None | K | T | | | | | |
| Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| Emerson Electric Common Stock | A | Dividend | K | T | | | | | |
| General Electirc Common Stock | B | Dividend | K | T | | | | | |
| HRPT Properties Common Stock | C | Dividend | L | T | | | | | |
| Halliburton Common Stock | A | Dividend | J | T | | | | | |
| Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| Home Depot Common Stock | A | Dividend | K | T | | | | | |
| IAC Interactive Common Stock | | None | K | T | | | | | |
| JPMorgan Chase Common Stock | A | Dividend | K | T | | | | | |
| Kraft Foods Common Stock | A | Dividend | J | T | | | | | |
| Kroger Common Stock | | None | J | T | | | | | |
| Marathon Oil Common Stock | A | Dividend | K | T | | | | | |
| McDonald's Common Stock | B | Dividend | L | T | | | | | |
| Microsoft Common Stock | A | Dividend | K | T | | | | | |
| Motorola Common Stock | A | Dividend | J | T | | | | | |
| Nike Common Stock | A | Dividend | K | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C | 6/15/2005 |

## INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Pacific Energy Partners Ltd. Partnership | A | Distribution | J | T | Exempt | | | | |
| Prudential Financial Common Stock | A | Dividend | J | T | | | | | |
| Tyco Common Stock | A | Dividend | J | T | | | | | |
| Southwest Airlines Common Stock | A | Dividend | J | T | | | | | |
| 3M Company Common Stock | B | Dividend | L | T | | | | | |
| Verizon Communications Common Stock | B | Dividend | K | T | | | | | |
| Wal-Mart Common Stock | A | Dividend | K | T | | | | | |
| New Germany Closed-End Fund | A | Dividend | K | T | | | | | |
| Nuveen Real Estate Income Fund | B | Dividend | K | T | | | | | |
| Putnam Master Intermediate Income Trust | B | Dividend | K | T | | | | | |
| Smith Barney Aggressive Growth Fund | | None | L | T | | | | | |
| Broker Account #4-JRW Rev. Tr. | | | | | | | | | |
| Amerus Group Common Stock | A | Dividend | L | T | | | | | |
| Dominion Resources of VA Common Stock | B | Dividend | K | T | | | | | |
| Exxon Mobile Common Stock | B | Dividend | M | T | | | | | |
| National City Bank Common Stock | D | Dividend | M | T | | | | | |
| PepsiCo Common Stock | A | Dividend | K | T | | | | | |
| Wal-Mart Common Stock | A | Dividend | K | T | | | | | |

come/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
ee Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
lue Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
ee Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
lue Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
ee Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C | 6/15/2005 |

## INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Maryland State General Obligation Municipal Bonds-6/05 | A | Interest | K | T | Exempt | | | | |
| University of Maryland System Auxiliary Municipal Bonds-4/08 | B | Interest | K | T | | | | | |
| Morgan State University Municipal Bonds-7/07 | A | Interest | K | T | | | | | |
| Maryland Water Quality Fin. Adm. Municipal Bonds-9/07 | B | Interest | K | T | | | | | |
| Washington County MD Municipal Bonds-1/08 | B | Interest | K | T | | | | | |
| Baltimore County MD Municipal Bonds-8/08 | B | Interest | K | T | | | | | |
| Maryland State Health Municipal Bonds-7/09 | B | Interest | K | T | | | | | |
| Baltimore County MD Municipal Bonds-8/09 | B | Interest | L | T | | | | | |
| University of Maryland System Auxiliary Muni. Bonds-10/10 | B | Interest | K | T | | | | | |
| Prince George's County MD Municipal Bonds-10/15 | B | Interest | K | T | | | | | |
| Maryland State & Local Facilities Municipal Bonds-3/11 | B | Interest | K | T | | | | | |
| Howard County Maryland Municipal Bonds-8/12 | A | Interest | K | T | | | | | |
| Prince George's County Maryland Muni. Bonds-10/15 | A | Interest | J | T | | | | | |
| Puerto Rico Commonwealth Municipal Bonds-7/16 | B | Interest | K | T | | | | | |
| Maryland State Health & Higher Education Muni. Bonds-7/18 | A | Interest | J | T | | | | | |
| Maryland National Capital Parks Municipal Bonds-11/20 | C | Interest | L | T | | | | | |
| Baltimore Maryland Municipal Bonds Pre-Refunded-10/07 | | None | J | T | | | | | |
| Baltimore Maryland Municipal Bonds Pre-Refunded-10/08 | | None | J | T | | | | | |

Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C | 6/15/2005 |

INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Baltimore Maryland Municipal Bonds Pre-Refunded-10/09 | | None | J | T | Exempt | | | | |
| Maryland State Transit Auth. Municipal Bonds-7/11 | | None | K | T | | | | | |
| MFS Maryland Municipal Bond Fund - Class A | B | Interest | K | T | | | | | |
| Broker Account #5-JRW Rev. Tr. | | | | | | | | | |
| Dow Jones Ishares Technology Sector Index Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares Financial Sector Index Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares Health Sector Index Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares Consumer Goods Index Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares Real Estate Index Fund | A | Dividend | J | T | | | | | |
| Dow Jones Ishares Consumer Services Index Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares U.S. Energy Sector Fund | A | Dividend | K | T | | | | | |
| Dow Jones Ishares Lehman 7-10 Year Treasury Index Fund | A | Interest | K | T | | | | | |
| Dow Jones Ishares Lehman 1-3 Year Treasury Index Fund | A | Interest | K | T | | | | | |
| Ishares Lehman Agg Bond Fund | B | Interest | K | T | | | | | |
| Ishares Lehman U.S. TIPS Fund | A | Interest | K | T | | | | | |
| Broker Account #6-TCW & JRW | | | | | | | | | |
| Munivest Fund | B | Interest | K | T | | | | | |
| Munivest Fund II | B | Interest | K | T | | | | | |

ome/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
e Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
ue Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
e Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
ue Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
e Column C2)     U = Book Value     V = Other     W = Estimated

INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| Nuveen Select Tax Free Income Port 3 | B | Interest | K | T | Exempt | | | | |
| Morgan State University Municipal Bonds - 7/05 | A | Interest | K | T | | | | | |
| Maryland State Health & Higher Ed Municipal Bonds - 7/18 | A | Interest | K | T | | | | | |
| Maryland State Health & Higher Ed Municipal Bonds - 7/23 | B | Interest | K | T | | | | | |
| Maryland State Health & Higher Ed Municipal Bonds - 7/23 | A | Interest | J | T | | | | | |
| Baltimore County Municipal Bonds - 6/24 | A | Interest | K | T | | | | | |
| Maryland State Health & Higher Ed Municipal Bonds - 7/28 | B | Interest | K | T | | | | | |
| Baltimore Maryland Municipal Bonds - 7/34 | A | Interest | K | T | | | | | |
| Baltimore Maryland Municipal Bonds Pre-Refunded - 10/11 | | None | K | T | | | | | |
| Prince George's County Maryland Municipal Bonds - 7/08 | | None | K | T | | | | | |
| Puerto Rico Elec. Power Municipal Bonds - 7/17 | | None | J | T | | | | | |
| Dreyfus Premier Maryland Municipal Bond Fund | B | Interest | K | T | | | | | |
| Nuveen Insured Premium Income Municipal Fund - 27 Day Ser M | | None | K | T | | | | | |

Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| INANCIAL DISCLOSURE REF  RT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Wheeler, Thomas C | | 6/15/2005 |

## I. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

| INANCIAL DISCLOSURE REP  )T | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Wheeler, Thomas C | | 6/15/2005 |

## CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if ) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld ause it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been orted are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

iature  *Thomas C. Wheeler*          Date  JUNE 15, 2005

TE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

### (Amounts are rounded to nearest thousand.)

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $30,000 | Notes payable to banks-secured | 4,000 |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule | $3,778,000 | Notes payable to relatives | |
| Unlisted securities--add schedule | 0 | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | 0 | Unpaid income tax | |
| Due from others | 0 | Other unpaid income and interest | |
| Doubtful | 0 | Real estate mortgages payable-add schedule | 91,000 |
| Real estate owned-add schedule | $575,000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | 0 | Other debts-itemize: | |
| Autos and other personal property | $40,000 | | |
| Cash value-life insurance | $291,000 | | |
| Other assets itemize: | | | |
| | | | |
| | | | |
| | | Total liabilities | $95,000 |
| | | Net Worth | $4,619,000 |
| Total Assets | $4,714,000 | Total liabilities and net worth | $4,714,000 |

# SCHEDULE OF LISTED SECURITIES

| Asset | Current Fair Market Value (4/30/05) |
|---|---|
| SIT Tax Free Income Fund | $29,300 |
| Smith Barney Citigroup Asset Managed Account | $245,800 |
| Smith Barney Citigroup Asset Managed Account (IRA) | $178,000 |
| DLA Piper Profit Sharing & 401(k) Plan | $359,800 |
| Daimler Chrysler Common Stock | $9,800 |
| Altria Group Common Stock | $19,500 |
| American Express Common Stock | $23,700 |
| Bristol Myers Squibb Common Stock | $7,800 |
| Citigroup Common Stock | $23,500 |
| Walt Disney Common Stock | $13,200 |
| BP PLC Common Stock | $32,150 |
| Freescale Semiconductor Common Stock | $2,500 |
| HRPT Properties Common Stock | $14,700 |
| Healthcare Realty Trust Common Stock | $14,700 |
| Hewlett Packard Common Stock | $10,250 |
| Kayne Anderson MLP Investment | $48,075 |
| Motorola Common Stock | $18,400 |
| Prudential Financial Common Stock | $5,700 |